

## IN THE
## TENTH COURT OF APPEALS

### No. 10-15-00066-CV

**MCDONALD'S RESTAURANTS OF TEXAS, INC., MCDONALD'S USA, LLC, AND MCDONALD'S CORPORATION,**

Appellants

v.

**WILLIAM PAUL CRISP, JR. AND J. NICOLE CRISP, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF LAUREN BAILEY CRISP AND DENISE WHITAKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DENTON JAMES WARD,**

Appellees

**From the 361st District Court
Brazos County, Texas
Trial Court No. 12-003034-CV-361**

### O R D E R

Appellants' Motion for Extension of Time to File Reply Brief is granted. The reply brief is due July 11, 2016.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed June 22, 2016

